```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


JASON EUGENE DEOCAMPO, et al. )
                              )
                              )
            Plaintiff         )     1:06-CV-00404 OWW DLB
                              )
    v.                        )
                              )
CITY OF VALLEJO, etc., ET AL. )     ORDER TRANSFERRING CASE
                              )     TO SACRAMENTO DIVISION
                              )
            Defendant         )
_____)
```

It appearing that proper venue of this matter is within the Sacramento division of this court;

IT IS HEREBY ORDERED that this matter be transferred to the United States District Court for the Eastern District of California at Sacramento.

IT IS SO ORDERED.

**Dated:   June 8, 2006**            **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE

1